UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTHONY SEFFELL FOLKS,<br><br>　　　　　Defendant. | Crim. No. 02-0077-12 (TFH/JMF)<br><br>UNDER SEAL |

## ORDER

After careful consideration of the Magistrate Judge's Report and Recommendation dated July 21, 2008 [Docket No. 294], it hereby is

**ORDERED** that the Report and Recommendation is **ADOPTED IN FULL**. Accordingly, it further is

**ORDERED** that the violation charged in the United States Probation Office report dated July 18, 2006 be dismissed and the defendant's supervised release term be terminated.

**SO ORDERED**.

August 26, 2008

_____
Thomas F. Hogan
Chief Judge